# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JACK ANDREW GILLESPIE,** Defendant. | CR 23-74-GF-BMM **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on October 19, 2023. (Doc. 22).

3. All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Docs. 24, 24-1).

4.      It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

IT IS ORDERED:

THAT the Motion for Final Order of Forfeiture is GRANTED;

THAT judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853(a)(1) and (2), and 21 U.S.C. § 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure, free from the claims of any other party:

- Taurus, model PT111 Millenium G2, 9 mm, semi-automatic pistol, with seral number TJZ92523;
- HS Produkt (Springfield Armory), model XD-9, 9mm, semi-automatic pistol, with serial number US998741;
- Taurus pistol, model PT 840, .40 caliber, with serial number SCR62414;
- JC Higgins shotgun, model 583.14, 16-gauge, with serial number unknown;
- Taurus revolver, model 851, .38 caliber, with serial number AN22237;
- Taurus revolver, model 44, .44 caliber, with serial number 0B204473;
- 12 loose Blazer rounds of ammunition;
- 12 loose 9mm Ruger rounds of ammunition;

- 8 rounds of 9mm ammunition;

- 12 rounds of 9mm ammunition;

- 2 cartridge cases and 2 shotgun shells;

- 12 .40 hollow point rounds;

- Taurus pistol magazine; and

- $1966.00 in cash.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 9th day of April 2024.

_____
Brian Morris, Chief District Judge
United States District Court